IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **JOSE DE JESUS AQUINO CAMPOS,** *Petitioner,* | § § § | |
| v. | § § | NO. 6:26-CV-00036-ADA-DNM |
| **MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; Devery Mooneyham, Warden of Limestone County Detention Center,** *Respondents.* | § § § § § § § § § § § § § § § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeus Corpus. (Dkt. 1) After carefully considering the parties' arguments and the relevant law, the Court ORDERS that:

(1) Respondents must immediately release Petitioner from custody under conditions no more restrictive than those in place prior to the detention at issue in this case; (2) Respondents must notify Petitioner's counsel by email (nelly@xavierlawfirm.com) of the exact location and time of Petitioner's release as soon as is practicable, and no less than two hours before release; (3) Respondents are enjoined from detaining Petitioner under 8 U.S.C. § 1225; and (4) Respondents must provide a status report by February 6, 2026, detailing their compliance with the Court's order.

**IT IS SO ORDERED.**

**SIGNED** on February 4, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE